**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-14-0000449**
**30-JUN-2014**
**10:04 AM**

NO. CAAP-14-0000449

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY,
Plaintiff/Counter-Claim Defendant/Appellee,
v.
DUFFY HERMAN and TRICIA MORRIS,
Defendants/Cross-Claim Defendants/Appellants,
and
CENTRAL PACIFIC BANK, Defendant/Plaintiff Counter
Claimant/Third-Party Plaintiff/Appellee,
and
COLLETTE N. DRYDEN, TRUSTEE OF THE FREDERICK W. DRYDEN TRUST,
Third-Party Defendant/Appellee,

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 10-1-0700(2))

ORDER DISMISSING THE APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon review of the record, it appears that:

(1) on February 21, 2014, Defendants/Cross-Claim Defendants/Appellants Duffy Herman and Tricia Morris (Appellants) filed a notice of appeal;

(2) the record on appeal was filed on April 22, 2014, and the appellate clerk informed Appellant that the jurisdictional statement was due on May 2, 2014 and the opening brief was due on June 2, 2014;

(3) Appellant did not file either document;

(4) on June 4, 2014, the appellate clerk informed Appellant that:

(a) the time for filing the statement of jurisdiction and the opening brief expired;

(b) pursuant to Rule 30 of the Hawaiʻi Rules of Appellate Procedure, the matter would be called to the attention of the court on June 16, 2014 for such action as the court deems proper; and

(c) the appeal may be dismissed; and

(5) thereafter, Appellant did not file the statement of jurisdiction and opening brief or respond to the notice of default.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, June 30, 2014.

Presiding Judge

Associate Judge

Associate Judge

-2-